**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Justin Mahwikizi,

Plaintiff(s),

v.

Uber Technologies, Inc., Raiser, LLC,　,

Defendant(s).

Case No. 22-cv-3680
Judge Georgia N. Alexakis

**JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $　　,

which ☐ includes　　pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

. Defendant(s) shall recover costs from plaintiff(s).

☒ other: Case is dismissed for want of prosecution after plaintiff represented to the Court that he would not file an arbitration demand, despite an earlier grant of defendant's motion to compel arbitration.

This action was *(check one)*:

☐ tried by a jury with Judge　　presiding, and the jury has rendered a verdict.
☐ tried by Judge　　without a jury and the above decision was reached.
☒ decided by Judge Georgia N. Alexakis on a motion/ order dated 4/28/25

Date: 4/29/2025　　　　　　　　　　　Thomas G. Bruton, Clerk of Court

　　　　　　　　　　　　　　　　　　　Carmen Acevedo , Deputy Clerk